**POINT EXPRESS, INC.**

v.

**Harold HARDIN et al.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

W. R. Patterson, Jr., Landrum, Patterson & Dickey, Lexington, for appellant.

C. Kilmer Combs, Pikeville, Murvel E. Combs, Special Fund, Department of Labor, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**John Henry McGREW**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mark E. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Mabel Louise WICKELHAUS**

v.

**Elmer WICKELHAUS.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Cobb, Combs, Beasley & Oldfield, Covington, for appellant.

Raymond E. Lape, Jr., Kurt J. Meier, Newport, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.